UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LYNN LUXICH,

        Plaintiff,

v.

ALBERTO GONZALES,

        Defendant.

Civ. Action No. 04-6176 (KSH)

**ORDER**

**Katharine S. Hayden, U.S.D.J.**

For the reasons expressed in the opinion filed herewith,

    **IT IS** on this 29th day of June, 2007,

    **ORDERED** that defendant's procedural motion to strike plaintiff's opposition to defendant's motion for summary judgment, appearing on the docket as entry # 29, is **denied**; and it is further

    **ORDERED** that defendant's motion for summary judgment, appearing on the docket as entry # 25, is **granted**.

                                      /s/  Katharine S. Hayden
                                      Katharine S. Hayden, U.S.D.J.